UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>v.<br><br>PASQUALE T. SALAS,<br><br>        Defendant. | Case No.   19-mj-4460-DHH<br><br>**FILED UNDER SEAL** |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney respectfully moves the Court to seal the criminal complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion, and all other paperwork related to this matter, until further order of this Court.  As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing criminal investigation of this case, as well as the government's ability to safely arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

ALLOWED David H. Hennessy U.S.M.J.
Jul 29, 2019

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ *Greg A. Friedholm*
GREG A. FRIEDHOLM
Assistant U.S. Attorney
Massachusetts BBO #644983
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608

Date:  July 30, 2019