# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Pasquale T. Salas<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   19-mj-4460-DHH<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 2016 until May 2019   in the county of   Worcester   in the
_____   District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Stalking |

This criminal complaint is based on these facts:

Please see attached affidavit by FBI Supervisory Special Agent Kimberly J. Lawrence

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Kimberly J. Lawrence
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jul 29, 2019**

_____
*Judge's signature*

City and state:   Worcester, Massachusetts   U.S. Magistrate Judge David H. Hennessy
*Printed name and title*