## AFFIDAVIT OF SPECIAL AGENT ADAM STRODE

I, Adam Strode, having been duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND

1. I am a Special Agent ("SSA") of the Federal Bureau of Investigation ("FBI"). I have been so employed since 2015. I am currently assigned to the Boston Division, Worcester Resident Agency. My duties include the investigation of violations of the United Stated Code. Pursuant to my employment with the FBI, I have participated in various criminal investigations, and have been the affiant on federal search warrants and court orders. I have directly participated in numerous criminal investigations for violations of federal law to include bank fraud, identity theft, child exploitation, and healthcare fraud. I have received on-the-job training and have attended FBI-sponsored training courses on the investigation of criminal violations. I have conducted and participated in the execution of search and arrest warrants, physical surveillance, interviews of cooperating witnesses, and reviews of documents and evidence.

### PURPOSE OF AFFIDAVIT

2. The FBI has been investigating allegations of sexual exploitation – and subsequent harassment – of a minor by Pasquale T. SALAS a/k/a "Gino" (born 1994).

3. This affidavit is submitted in support of an application for a criminal complaint charging SALAS with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a) (the "Subject Offense"). Based on the facts presented in this affidavit, there is probable cause to believe that SALAS has committed the Subject Offense.

4. The facts in this affidavit come from my training and experience, my review of relevant records, and information obtained from other agents, law enforcement officers, and civilian witnesses. This affidavit includes only those facts I believe are necessary to establish

probable cause for the issuance of the requested complaint and arrest warrant and does not include all of the facts uncovered during the investigation.

## RELEVANT STATUTE

5. Title 18, United States Code, Section 2251(a) provides in relevant part:

> Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in…any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce … if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## BASIS FOR PROBABLE CAUSE

6. The affidavit of FBI Supervisory Special Agent Kimberly Lawrence dated July 29, 2019, previously submitted in support of an application for criminal complaint 19-mj-4460-DHH is attached hereto as <u>Attachment A</u>; the facts contained within that affidavit are expressly incorporated by reference herein.[1]

   A. <u>Search of SALAS's Phone</u>

7. On July 31, 2019, Pasquale T. SALAS was arrested pursuant to criminal complaint 19-mj-4460-DHH.  At the time, he was in possession of a Samsung Galaxy smartphone ("the Samsung"), which was seized by investigators and searched pursuant to WARRANT NUMBER.

8. From the preliminary review of the Samsung, investigators were able to determine that it is

---

[1] The screenname of Minor1 has been redacted in paragraphs 18, 32, 37, and footnote 5

assigned telephone number 361-228-1278, the same number "Gino" used to contact Minor1.

9. The Samsung had the "Skype" application installed, as well as an application called "AZ Screen Recorder."

10. AZ Screen Recorder is a free application that allows users to record everything that happens on the screen of an Android, including audio when the Android microphone is activated.

11. Investigators found videos on the Samsung that appear to recordings of screen activity by AZ Screen recorder.   Examples of those videos are below:

   a. A video with filename 2019_02_25_03_25_05.mp4 appears to be a recorded Snapchat video produced with AZ Screen Recorder.  This video shows Minor1

   Minor1's face cannot be seen in the video and her room is dark.  Despite the room being dark, the wall color match Minor1's bedroom color.  The username "Babygirl² ..<3" can be seen during the video.  The SnapChat communications included the video transmitted by "Babygirl" as well as a chat between "Babygirl" and the recipient.  During the video the following partial message can be seen: "… good angle.  Let me see you grind too. Completely naked. Hurry up. I'm tired."  Additional text can be seen on the screen from Minor1,

   The messaging that occurred simultaneously with the video suggest that the video was a "live" stream and not a pre-recorded video sent through SnapChat.

---

² Minor1 provided investigators with a photo of "Gino" that shows white male a light grey or white hooded sweatshirt with the hood over his head.  He is holding a black mobile phone in his left hand, which blocks the lower half of his face.  His face is visible from the bridge of his nose up to the lip of the hood.  This photo appears to be taken using a bathroom mirror.  Behind the male is a bathroom counter containing toiletries, a medicine cabinet, and another mirror.  The caption "Love You BabyGirl" appears at the bottom of the photograph.

    b. Filename 2019_01_01_20_56_06.mp4 appears to be a recorded Snapchat video produced with AZ Screen Recorder. This a video of Minor1 lying on a bed believed to be in her bedroom. Her face can be seen. She is wearing a red sweatshirt during the entire video.

    c. 2017_04_17_07_07_22.wmv appears to be a video recorded with AZ Screen Recorder. The beginning of the video shows a Snapchat video of a female The female's face cannot be seen in the video. The video starts with a screen labeled [Minor1's name] (at the top and within the Snapchat application). At some point the device user minimized or closed the Snapchat window. AZ Screen Recorder then captured another open window on the device, which showed an ongoing Skype call with the Minor1's screenname and the date at the top of the phone's screen shows "Mon, April 17."[3]

12. Investigators found the applications TextNow and TextMe installed on the Samsung.

13. The contact list on the Samsung had an entry labeled with Minor1's first name and the phone number used by Minor1.

  B. <u>Interview of SALAS</u>

14. In connection with his arrest on July 31, 2019, SALAS was advised of his rights pursuant to *Miranda* and chose to waive his right to remain silent and speak with investigators. He told Supervisory Special Agent Kimberly Lawrence that he had been in contact with Minor1 after

---

[3] April 17, 2017 was a Monday.

meeting her through the Minecraft application.

15. SALAS stated that he used a Snapchat account in the name of "Tommy" to communicate with Minor1. Records obtained from Snap Inc. list a display name of "Tommy" for ID "bearahnteddy."

16. SALAS also stated that he had created and controlled Snapchat accounts in the names of "Johnny" and "Levi" but told Minor1 that those accounts belonged to two of his friends. SALAS told SA Lawrence that he made up those accounts "for entertainment" and admitted that he had threatened Minor1 that he would release sexually explicit photos and videos of her if Minor1 did not send sexually explicit images to his "friends" who purportedly used those Snapchat accounts.

17. SALAS stated that when Minor1 refused to do what he wanted her to - that is, send sexually explicit images and videos, or allow him access to her accounts - he would threaten to hurt her family or post her pictures online.[4]

## CONCLUSION

18. Based on the foregoing, I submit that there is probable cause to believe that Pasquale T. SALAS has violated 18 U.S.C. § 2251(a), in that SALAS induced, coerced, or enticed Minor1 to engage in sexually explicit conduct for the purpose of producing a visual depiction or live transmission, and that he did so knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce … that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that

---

[4] As outlined more fully in Attachment A, Minor1 told investigators that she would create sexually explicit photographs and videos of herself at his direction.

such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

WHEREFORE, your affiant respectfully requests that the Court issue a criminal complaint charging Pasquale T. SALAS with the Subject Offense.

ADAM STRODE
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 1st day of August 2019, at Worcester, Massachusetts.

DAVID H. HENNESSY
United States Magistrate Judge
District of Massachusetts