## AFFIDAVIT OF SPECIAL AGENT KIMBERLY J. LAWRENCE

I, Kimberly J. Lawrence, having been duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND

1. I am a Supervisory Special Agent ("SSA") of the Federal Bureau of Investigation ("FBI"). I have been a Special Agent with the FBI since October 2002. After graduating from the FBI Academy in Quantico, Virginia, I was assigned to the Boston Field Office.

2. I am currently assigned to the Worcester Resident Agency as the SSA. My duties include the investigation of violations of the United Stated Code. During my employment with the FBI, I have participated in a variety of criminal investigations, particularly in the areas of crimes against children, public corruption, white collar crime, violent crimes, narcotics and terrorism investigations. In connection with these investigations, I have participated in the application for the execution of search and arrest warrants.

### PURPOSE OF AFFIDAVIT

3. The FBI has been investigating allegations of sexual exploitation – and subsequent harassment – of a minor by Pasquale T. SALAS a/k/a "Gino" (born 1994).

4. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging SALAS with stalking, in violation of 18 U.S.C. § 2261A(2)(B) (the "Subject Offense"). Based on the facts presented in this affidavit, there is probable cause to believe that SALAS has committed the Subject Offense.

5. The facts in this affidavit come from my training and experience, my review of relevant records, and information obtained from other agents, law enforcement officers, and civilian witnesses. This affidavit includes only those facts I believe are necessary to establish probable cause for the issuance of the requested complaint and arrest warrant and does not include all of the facts uncovered during the investigation.

## RELEVANT STATUTE

6.      Title 18, United States Code, Section 2261A(2)(B) provides in relevant part:

> Whoever—(2) with the intent to kill, injure, harass, [or] intimidate …. uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A)…shall be punished…

7.      Title 18, United States Code, Section 2261A(1)(A)(i)-(iii) identifies the relevant persons as: (i) that person; (ii) an immediate family member of that person; or (iii) a spouse or intimate partner of that person.

## BASIS FOR PROBABLE CAUSE

A. <u>The Relationship Between Minor1 and "Gino"</u>

8.      On June 3, 2019, "Minor1" – a seventeen-year old female (born 2001) residing with her family in Worcester County – met with law enforcement. Minor1 told officers that she first began communicating with a male who went by the name "Gino" in 2014. Minor 1 was 12 years old at that time. "Gino" told Minor 1 that he was 21 years old.

9.      Minor1 stated that she met "Gino" while playing the Minecraft video game online. "Gino" used the Minecraft screen name "itryhardrobot" to initially communicate with Minor1 through a Minecraft private chat room. Minor1 told investigators that her relationship with "Gino" began as a friendship but soon became more serious, with "Gino" telling Minor1 that he loved her.

10.     Minor1 told investigators that, in or around 2014, "Gino" asked Minor1 to send pictures of herself without clothing and touching her genitals. "Gino" also asked Minor1 to send

videos of herself, and would give Minor1 instructions on how to touch herself and what positions she should assume in the video. According to Minor1, she communicated with "Gino" via Minecraft, Snapchat, Skype, phone calls, and text messaging, and she sent hundreds of sexually explicit images and videos of herself to "Gino" via the social media platforms. Minor1 told investigators that "Gino" also sent her sexually explicit images of himself while they were communicating on Minecraft.

11. According to Minor1, "Gino" told her that he was a police officer for the Matagorda County Sheriff's Office in Texas, and sent several photographs and videos of himself in a police cruiser. "Gino" also Minor1 that he had people watching her and surveilling her home.

12. Minor1 told officers that "Gino" has repeatedly sent gifts to Minor1, including jewelry, Edible Arrangements, iTunes gift cards, and provided her with access to his Amazon Prime account.[1]

13. Minor1 told investigators that "Gino" became more and more controlling over time. "Gino" required Minor1 to provide him with her login credentials, including passwords, to her social media accounts. Minor1 believed that he would log in to her accounts to monitor her online activity, including her conversations with other males. "Gino" also required Minor1 to set her Snapchat settings so that he could monitor her location via GPS.

14. "Gino" repeatedly demanded that Minor1 create and provide him with sexually explicit images and videos of Minor1, and told Minor1 that he would save her sexually explicit images and videos to his computer and on a thumb drive because he did not want them on his phone.

---

[1] Minor1 identified the Amazon account username as "ginoproductionz@gmail.com."

15. According to Minor1, in or around 2016, "Gino" threatened to reveal Minor1's images to her friends and family if she did not send more sexually explicit pictures. He also threatened to publish her nude images if she changed her passwords for her social media accounts or if she did not keep the location activated on her Snapchat account. According to Minor1, "Gino" also threatened to physically harm Minor1 and rape Minor1's sister if she did not obey his directions.

16. Minor1 provided investigators with a typed list of "Rules for [Minor1]" and "Punishments" that "Gino" – who referred to himself as "Daddy" – had issued to her. Examples of those Rules included:

- "When going out (a) outfit must be approved by me, (b) be on your best behavior (no guys around PERIOD), (c) unless I say otherwise, text me as much as possible"

- "Not allowed to speak to boys without permission, for any encounter, regardless of school or who they are (includes your friends boyfriends)"

- "No pleasuring yourself without Daddy's permission"

- "THINGS TO REMEMBER: (a) You belong to me; (b) You're my property so I can treat you however I want, whenever I want; (c) I'm Proud of You <3"

- "Daddy decides the punishments for your bad actions, no arguing or discussing it"

Examples of the "Punishments" included:

- "Gagging (fingers, toys)"

- "Choking"

- "Anal"

- "Have babygirl write a statement (example.. "I will behave Daddy") a certain amount of times(20+)"

- "When you want to go out, the answer is No."

17. According to Minor1 and her father, "Gino" used telephone number 361-228-

1278 to call Minor1 on her cell phone, multiple times a day, at all hours of the day and night.

18. Minor1 told officers that "Gino" used the screen names "fsr_gno" and "live:High_Rider35" when they communicated over Skype. According to Minor1, she and "Gino" later created a separate Skype account for her so that they could continue talking without her parents knowing. The Skype account they set up for her was "Minor1Skype" Minor1 registered that account using an email account that "Gino" provided to her, i.e. "ginoproductionz@gmail.com."

19. "Gino" introduced Minor1 to two of his friends online, one named "Levi" who purportedly utilized Snapchat username "MrCookieLicker," and another named "Johnny" who purportedly used Snapchat username "JSW108." According to Minor1, "Gino" later instructed Minor1 to send nude images of herself to "Levi" and "Johnny" and threatened to release her naked images to her friends and family if she did not comply. Both "Johnny" and "Levi" informed Minor1 that they were watching Minor1 and knew her location, and that they would report back to "Gino." Minor1 told officers that she sent sexually explicit images to "Levi."

20. Minor1 also participated in a multi-user "chats" on Minecraft and Snapchat with the suspect and another minor ("Minor2"), whom Minor1 knows. Minor1 told investigators that Minor2 was 11 years old when Minor2 began communicating with "Gino." Based on Minor1's conversations with "Gino" and Minor2, Minor1 believes that Minor2 has sent also sent sexually explicit photographs of herself to "Gino." Minor1 believes that Minor2 – now 15 years old – is still in contact with "Gino."

B.      The Stalking of Minor1 By "Gino"

21.      Minor1 advised officers that, since in and around 2016, she had repeatedly tried to end her relationship with "Gino." However, every time she did, "Gino" would threaten to expose the explicit photos of Minor1 to her friends and her family. Minor1 said she was unable to have a normal life due to the constant stress of worrying about "Gino" making her photos public. Minor1 said that "Gino" called her almost every night and required her to stay on the phone with him for hours at a time in the middle of the night.[2] Minor1 told officers that she could barely function during daylight hours and struggled to maintain a normal teenage life.

22.      In or around May 2019, Minor1 again tried to end contact with "Gino." Minor1 told "Gino" that her parents knew everything and she could no longer communicate with him. Minor1 asked "Gino" to stop contacting her.

23.      Despite that request, "Gino" repeatedly attempted to contact Minor1. Minor1 then blocked "Gino" from her social media accounts and blocked his cellphone number, i.e. 361-228-1278.

24.      "Gino" then began calling and texting Minor1 from numerous (508) area code numbers and other numbers that she did not associate with "Gino."

25.      On May 6, 2019, "Gino" contacted Minor1 from telephone number 508-271-1849. Minor1 told officers that she answered the call because the caller had a Massachusetts area code. "Gino" said, "Hi, how are you?" Minor1 immediately hung up and blocked the

---

[2] Call detail records for 361-228-1278 for late 2018 and early 2019 reveal approximately 860 outgoing calls to Minor1's cell phone between November 27, 2018 and April 30, 2019, an average of over 5.5 calls per day. Those calls include but are not limited to: a 294-minute call on January 5, 2019; a 207-minute call on January 12, 2019; a 211-minute call on January 19, 2019; a 343-minute call on January 24, 2019; a 394-minute call on January 26, 2019; a 283-minute call on February 8, 2019; a 213-minute call on February 22, 2019; and a 345-minute call on March 31, 2019.

number. This phone number belongs to TextMe, a free service that provides users with phone numbers for internet calling and text message services. According to records from TextMe, an account was created on May 6, 2019 from the IP address of 98.142.62.225. Two calls were placed on May 6, 2019, both to Minor1's phone number. One call was answered and lasted 14 seconds. The second call, placed one minute later, was not answered.

26. Minor1 then received multiple text messages from different telephone numbers with (508) area code numbers. Based on information obtained from a download of Minor1's cellphone and Macbook Air laptop, she received the following contacts:

- a May 6, 2019 text message with just a period (".") sent from telephone number 508-623-6493;

- a May 6, 2019 text message reading "Since you answered.. you lied. You have 5 mins to call me. Or you pictures are on Instagram and I tell [Minor2] go spread the word for real. Your call in case you blocked that other number" sent from telephone number 508-571-8241;

- a May 6, 2019 text message reading "I'll call your dad next. Answer" sent from telephone number 508-623-7028;

- a May 6, 2019 text message with just a period (".") sent from telephone number 508-623-8723;

- a May 6, 2019 text message reading "You answered [Minor1].. the lie is up. Just call me now. N I'll forgive you and will be nice" sent from telephone number 508-470-3977;

27. The unfamiliar "508" numbers referenced in the preceding paragraph are owned by TextNow, a web based service that provides VoIP (Voice over Internet Protocol) calling and text messaging services. According to records from TextNow, phone number 508-623-8723 was registered to a user "Javed Rocz" on May 6, 2019 for a period of 12 hours. During that time, two calls were placed to Minor1's Verizon cellphone and three calls were placed to Minor1's ex-boyfriend. No other calls were placed.

28.     Minor1 received another text message on May 6, 2019 text message reading "So you lied to me..coward way of breaking up with me. Lost our streak for no reason.[3]  I'll be doing everything I told you I would be doing.  Have a good life."  That message was sent from an unknown number, 361-502-8871.[4]

C.      Identification of "Gino" as Pasquale T. SALAS

29.     According to Minor1, "Gino" told her that his full name was Pasquale Theodore Salas.  He told Minor1 that he lived in Texas, that he was a police officer, and that he lived with his sister and her three children.

30.     The Skype communications between Minor1 and "Gino" consisted of audio and video live chats.  During those chats, Minor1 saw "Gino's" face, heard his voice, and saw what she believed to be "Gino's" bedroom.

31.     Minor1 provided investigators with two photos that "Gino" had sent of himself during the course of their communications. In one photograph, a white male's face fills the frame.  In the second photograph, a white male is pictured wearing a light grey or white hooded sweatshirt with the hood over his head.  He is holding a black mobile phone in his left hand, which blocks the lower half of his face.  His face is visible from the bridge of his nose up to the lip of the hood.  This photo appears to be taken using a bathroom mirror.  Behind the male is a bathroom counter containing toiletries, a medicine cabinet, and another mirror.

32.     Minor1 told officers that "Gino" had sent her a photograph of his police badge.  A forensic examination was performed on Minor1's computer.  An image file was located that

---

[3] According to Minor1, "streak" is a reference used on Snapchat that identifies the number of consecutive days that the individuals have communicated.  Minor1 advised that her streak with "Gino" was 800 days.

[4] 361-502-8871 is registered to TextMe

displayed a badge. It was sent on or about February 8, 2016 from the Skype account "live:high_rider35" to Skype account "Minor1Skype    ." The words (or partial words) "Deputy Sheriff Mata.. nty" are visible on the badge. Minor1 also provided investigators with a photo that she obtained from the Matagorda County Sheriff's Office Facebook page. Minor1 identified a male in that photo as "Gino."

33.     In June 2019, the Matagorda County Sheriff's Office verified that Pasquale SALAS is employed as a patrol officer.

Phone and Social Media Accounts

34.     As stated above, Minor1 communicated with "Gino" via phone calls, Skype video chats and messages, Snapchat, and Minecraft.

35.     According to Minor1, "Gino" used telephone number 361-228-1278 to call Minor1 on her cell phone, multiple times a day, at all hours of the day and night. Investigators obtained subscriber records from AT&T related to telephone number 361-228-1278. Those records list the user as "Pasquale T. Salas." The service start date was November 19, 2015. Between November 19, 2015 and December 18, 2018, the financially liable party for the account was listed as Tanya L. Salas. From December 18, 2018 until July 6, 2019 (the date of the subpoena response), the financially liable party was listed as Pasquale T. Salas. The contact email address listed for the account is "ginoproductionz@gmail.com."

36.     Minor1 originally communicated with "Gino" using a Skype account she registered using her own email account. In or about the fall of 2015, Minor1's parents became upset with the amount of time she was spending on the phone with an unknown boy and her father damaged her phone.

37.     As a reaction to her parents' restrictions, Minor1 created a new Skype account to

continue to communicate with "Gino," one that her parents did not know about. In November 2015, she registered the account "Minor1Skype" using an email account that "Gino" provided to her, i.e. "ginoproductionz@gmail.com."[5]

38.  Minor1 provided officers with her digital devices and identified the Skype usernames "fsr_gno" and "live:High_Rider35" as the ones she used to communicate with "Gino" via Skype.

39.  Investigators obtained subscriber records from Microsoft related to Skype username "fsr_gno." Those records indicated the account was created on October 2, 2014, with the current email address listed as "high_rider35@yahoo.com."

40.  In addition, records obtained from Microsoft for Skype username "live:high_rider35" indicated that the account was created on October 12, 2014. The current email address associated with this account is also "high_rider35@yahoo.com."

41.  Minor1 identified "Gino's" Snapchat username as "bearahnteddy816." According to records provided by Snap Inc., user id "bearahnteddy816" was created on August 24, 2016 and registered using email address "high_rider35@yahoo.com." The phone number associated with the account was 361-228-1278. On May 5, 2019, bearahnteddy816 was logged into via IP address 98.142.62.225.

42.  According to records from Snap Inc., the "MrCookieLicker" account was accessed over 30 times from IP address 98.142.62.225 between December 19, 2018 and May 5, 2019.

43.  Investigators reviewed the Snap Inc. records for Minor1's account. Between December 14, 2018 and April 30, 2019, there were approximately 78 account logins from IP

---

[5] Microsoft subscriber records for the "Minor1Skype" Skype account confirm that the email used to set up the account was "ginoproductionz@gmail.com."

98.142.62.225.

44. As noted above, "Gino" first contacted Minor1 on the Minecraft online video game using the name "itryhardrobot." Investigators obtained subscriber records from Microsoft related to account username "itryhardrobot." Those records indicate that the account was created on December 29, 2013. The email associated with the account was "high_rider35@yahoo.com." The date of birth included in the Microsoft subscriber records (year 1994) is the date as SALAS' date of birth.

45. Investigators obtained records from Oath Holdings, Inc., d/b/a Yahoo!, related to email address "high_rider35@yahoo.com." Those records indicated the account was created on February 20, 2011 and is still active. The subscriber records for this account listed the name of "Gino Salas" and telephone number 361-228-1278, the same number that Minor1 provided to investigators for "Gino." The Oath Holdings records indicate that IP address of 98.142.62.225 was used to log in to the "high_rider35@yahoo.com" email address on May 6, 2019 at 23:38:53 UTC.[6] That is the same IP address used to access the "bearahnteddy816," "MrCookieLicker," and Minor1's Snapchat accounts.

46. As noted above, after Minor1 blocked calls from "Gino" using phone number 361-228-1278, "Gino" initially called Minor1 on May 6, 2019 using telephone number 508-271-1849. Investigators obtained subscriber records from TextMe, Inc. for telephone number (508) 271-1849 during the period May 6, 2019 through May 12, 2019. Those records indicate a sign-up date of May 6, 2019 at 8:38 pm UTC. The IP address used to sign up for the TextMe account was 98.142.62.225.

47. "Gino" later sent text messages to Minor1 on May 6, 2019 using several different

---

[6] "UTC" is the abbreviation for Coordinated Universal Time. It is synonymous with Greenwich Mean Time ("GMT"). Eastern Standard Time is UTC -5/ Eastern Daylight Time is UTC -4.

telephone numbers with (508) area codes, including 508-623-6493, 508-571-8241, 508-623-7028, 508-623-8723, and 508-470-3977. All of the telephone numbers resolved to TextNow Inc., the provider of a communications application that permits subscribers to obtain and use multiple phone numbers from the same account.

## CONCLUSION

48. Based on the foregoing, I submit that there is probable cause to believe that Pasquale T. SALAS has violated 18 U.S.C. § 2261A(2)(B), in that SALAS, with the intent to harass or intimidate, used an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that caused or would be reasonably expected to cause substantial emotional distress to Minor1.

WHEREFORE, your affiant respectfully requests that the Court issue a criminal complaint charging Pasquale T. SALAS with the Subject Offense.

_____
KIMBERLY J. LAWRENCE
Supervisory Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of July 2019, at Worcester, Massachusetts.

_____
DAVID H. HENNESSY
United States Magistrate Judge
District of Massachusetts