UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> PASQUALE T. SALAS, a/k/a "Gino," </br></br> Defendant | ) Criminal No. 19-cr-40033-TSH </br> ) </br> ) Violations: </br> ) </br> ) Count One: Sexual Exploitation of a Minor </br> ) (18 U.S.C. § 2251(a)) </br> ) </br> ) Count Two: Cyberstalking </br> ) (18 U.S.C. § 2261A(2)(B)) </br> ) </br> ) Forfeiture Allegation: </br> ) (18 U.S.C. § 2253) |

INDICTMENT

COUNT ONE
Sexual Exploitation of a Minor
(18 U.S.C. § 2251(a))

The Grand Jury charges:

From on or about October 1, 2014 through on or about May 6, 2019, in Worcester County, in the District of Massachusetts; in the Southern District of Texas, and elsewhere, the defendant,

PASQUALE T. SALAS, a/k/a "Gino,"

employed, used, persuaded, induced, enticed, and coerced "Victim #1," a minor, with the intent that Victim #1 engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction (1) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; (2) was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and (3) was transmitted

1

and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a)..

## COUNT TWO
## Cyberstalking
## (18 U.S.C. § 2261A(2)(B)

The Grand Jury further charges:

From on or about January 1, 2016 through on or about May 6, 2019, in Worcester County, in the District of Massachusetts; in the Southern District of Texas, and elsewhere, the defendant,

PASQUALE T. SALAS a/k/a "Gino,"

with the intent to injure, harass, intimidate, or place under surveillance with intent to injure, harass, or intimidate Victim #1, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim #1.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

## CHILD EXPLOITATION FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The Grand Jury further finds that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2251, set forth in Count One of this Indictment, the defendant,

PASQUALE T. SALAS a/k/a "Gino,"

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property. The property to be forfeited includes, but is not limited to, a SAMSUNG GALAXY PHONE

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

4

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
KRISTEN M. NOTO
ASSISTANT U.S. ATTORNEY

District of Massachusetts: August 29, 2019
Returned into the District Court by the Grand Jurors and filed.

_____ @ 1:20 PM
DEPUTY CLERK