JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

City **Douglas**

County **Worcester**

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   **19-mj-4460-DHH & 19-4463**
Search Warrant Case Number   **19-4332/4348/4350/4448-4453**
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: **Pasquale T. Salas**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: **Gino**

Address: (City & State) **Bay City, Texas**

Birth date (Yr only): **1994**   SSN (last4#): **8523**   Sex **M**   Race: **W**   Nationality: _____

Defense Counsel if known: _____   Address _____

Bar Number: _____

### U.S. Attorney Information:

AUSA **Kristen Noto**   Bar Number if applicable **664531**

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

### Location Status:

Arrest Date: **07/31/2019**

☑ Already in Federal Custody as of **07/31/2019** in **Wyatt**
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **08/29/2019**   Signature of AUSA: *[signature]*

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Pasquale T. Salas

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. s. 2251(a) | Sexual Exploitation of a Minor | 1 |
| Set 2   18 U.S.C. s. 2260A(2) | Cyberstalking | 1 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013