Pasquale T. SALAS a/k/a "Gino" is a 26 year old from Texas (born 1994.)  He worked as a patrol officer for the Matagorda County Sheriff from 2016 until his arrest in July 2019.  In 2014, when he was approximately 20 years old, he used an online gaming platform called "Minecraft" to meet a Worcester county girl, Victim 1, who was then 12 years old.  He initially identified himself as "Gino."  Victim 1 shared her true age with the defendant.  He communicated with her privately through a Minecraft chat room, then later by phone, text, Skype, and Snapchat.  Phone records that document their communications date back to October 2014.  SALAS ultimately told her his true name is Pasquale Salas and that he resided in Texas.  He shared with her his email address, cellphone number, and the name of his employer, as well as access to his Amazon account.

Victim 1 told investigators that her relationship with SALAS began as a friendship but soon the defendant told Victim 1 that he loved her.   Beginning in 2014, the defendant asked her to send sexually explicit pictures and videos of herself, giving her instructions on how to touch herself and what positions she should assume.  Victim 1 told investigators that SALAS sent images and videos of him masturbating to Victim 1, which she did not save. According to Victim 1, she created and sent hundreds of sexually explicit images and videos of herself to SALAS at his request, mostly via Skype and Snapchat.   He told her that he saved her sexually explicit images and videos to his computer and on a thumb drive because he did not want them on his phone.  In 2016, Victim 1 tried to end contact with SALAS, who threatened to expose her sexually explicit images and videos if she did not remain in contact with him and continue to send images.  He also threatened to publish her nude images if she changed her passwords for her social media accounts or if she did not keep the location feature activated on her Snapchat account.   SALAS required Victim 1 to call him or answer his calls to her cell phone, multiple times a day, at all hours of the day and night.  Phone records from his AT&T cellphone show contact beginning in October 2014, then significant phone contact in 2018-2019, approximately 1,700 calls.

On July 31, 2019, the defendant was arrested by the FBI while he was at work for the Matagorda County Sheriff's Department.  Investigators seized an unlocked Samsung Galaxy mobile phone from him when he was arrested, which was later searched pursuant to warrant.

The phone number of the Samsung Galaxy was the same number SALAS used to contact Victim 1. The Samsung had the "Skype" application installed, as well as an application called "AZ Screen Recorder." AZ Screen Recorder is a free application that allows users to

record everything that happens on the screen of an Android, including audio when the Android microphone is activated.

Investigators found sexually explicit videos of Victim 1 on the Galaxy that were created by Salas using AZ Screen recorder.   Examples of those videos are below:

Video A:   This video shows Victim 1

The messaging that occurred simultaneously with the video suggest that the video was a "live" stream and not a pre-recorded video sent through SnapChat.

Video B appears to be a recording of a Snapchat video. This a video of Victim 1 lying on a bed believed to be in her bedroom. Her face can be seen.

. She is wearing a red sweatshirt during the entire video.

Video C is a video recording of multiple active application windows. The beginning of the video shows a Snapchat video of a female

The video starts with a screen labeled with Victim 1's name at the top and within the Snapchat application. At some point the device user minimized or closed the Snapchat window. AZ Screen Recorder then captured another open window on the device, which showed an ongoing Skype call with Victim 1's screenname and the date at the top of the phone's screen shows "Mon, April 17." (April 17, 2017 was a Monday.  Victim 1 was 14 at the time.)

After his arrest on July 31, 2019, SALAS was advised of his rights pursuant to Miranda and chose to waive his right to remain silent and speak with investigators. He acknowledged a "relationship" with Victim 1 and said they met through Minecraft.  He correctly stated her age, noting that she would not turn 18 until November 2019, at least three months after his arrest.



SALAS stated that he used a Snapchat account in the name of "Tommy" to communicate with Victim 1. Records obtained from Snap Inc. list a display name of "Tommy" for one of the screen names Victim 1 used to communicate with the defendant.

SALAS stated that when Victim 1 refused to do what he wanted her to - that is, send sexually explicit images and videos, or allow him access to her accounts - he would threaten to hurt her family or post her pictures online. When the Galaxy was searched, investigators found that SALAS took and saved screen shots of messages in which Victim 1 provided her passwords to SALAS, as well as a message of him threatening to "go psycho" if she did not cooperate. He also saved a message from her asking him why he would post her nude photos.

SALAS also required Victim 1 to set her Snapchat settings so that he could monitor her location via GPS. Records obtained from Snapchat for Victim 1's Snapchat account show repeated logins from SALAS's home IP address between December 2018 and April 2019, when she ultimately changed the password. He also had numerous screen shots on his cellphone of her GPS location via the Snapchat "Location" feature.

Victim 1 told investigators that SALAS also threatened to physically harm Victim 1 and rape Victim 1's younger sister if she did not obey his directions. She said she was afraid to disobey him because he told her that he was a police officer and said that he had people watching her. Victim 1 had an image of a police badge that SALAS sent her. She provided the FBI with her computer, which had an image file that displayed a badge that appears to be a Matagorda County Sheriff badge. It was received on or about February 8, 2016 from the a Skype account which was registered using Salas's personal email address and home IP address, sent to a Skype account that Victim 1 used. She registered her Skype account using SALAS's Gmail account at his direction in the fall of 2015.

Victim 1 provided investigators with a typed list of "Rules for [Victim 1]" and "Punishments" that SALAS – who referred to himself as "Daddy" – had issued to her. Examples of the "Rules" included:

1. "When going out (a) outfit must be approved by me, (b) be on your best behavior (no guys around PERIOD), (c) unless I say otherwise, text me as much as possible"
2. "Not allowed to speak to boys without permission, for any encounter, regardless of school or who they are (includes your friends boyfriends)"
3. "No pleasuring yourself without Daddy's permission"
4. "THINGS TO REMEMBER: (a) You belong to me; (b) You're my property so I can treat you however I want, whenever I want; (c) I'm Proud of You <3"
5. "Daddy decides the punishments for your bad actions, no arguing or discussing it"

Examples of the "Punishments" included:



1. "Gagging (fingers, toys)"
2. "Choking"
3. "Anal"
4. "Have babygirl write a statement (example.. "I will behave Daddy") a certain amount of times(20+)"
5. "When you want to go out, the answer is No."

The FBI found a file on SALAS's phone that is identical to the set of rules and punishments Victim 1 provided.  On the phone they also found a slightly different version labeled "Rules for Babygirl." A handwritten version of the rules was in his wallet, in his cruiser, at the time of his arrest.

SALAS directed Victim 1 to communicate with two Snapchat accounts of people he identified as his "friends," one named "Levi" and another named "Johnny." According to Victim 1, SALAS later instructed Victim 1 to send nude images of herself to "Levi" and "Johnny" and threatened to release her naked images to her friends and family if she did not comply.  Both "Johnny" and "Levi" informed Victim 1 that they were watching Victim 1 and knew her location, and that they would report back to "Gino." Victim 1 told officers that she sent sexually explicit images to "Levi."   Records from Snap for both the "Levi" and "Johnny" accounts show that they were registered on the same day in November 2018, and both were accessed from SALAS's home IP address.  There are minimal contacts listed with other Snapchat users.  During his recorded interview after arrest, SALAS told investigators that he created and controlled Snapchat accounts in the names of "Johnny" and "Levi" but told Victim 1 that those accounts belonged to two of his friends. SALAS told the FBI that he made up those accounts "for entertainment" and admitted that he had threatened Victim 1 that he would release sexually explicit photos and videos of her if Victim 1 did not send sexually explicit images to his "friends" who purportedly used those Snapchat accounts.

In or around May 2019, Victim 1 ended contact with SALAS.  Victim 1 told SALAS that her parents knew everything and she could no longer communicate with him.  Victim 1 asked SALAS to stop contacting her.  Despite that request, SALAS repeatedly attempted to contact Victim 1.  Victim 1 then blocked SALAS from her social media accounts and blocked his cellphone number. SALAS then began calling and texting Victim 1 from numerous (508) area code numbers and other numbers that she did not associate with him.  For example, on May 6, 2019, SALAS contacted Victim 1 from a 508-number.  Victim 1 answered the call because the caller had a Massachusetts area code.  SALAS said, "Hi, how are you?"  Victim 1 immediately hung up and blocked the number.  This phone number belongs to TextMe, a free

4



service that provides users with phone numbers for internet calling and text message services.  According to records from TextMe, an account was created on May 6, 2019 from an IP address that was assigned to SALAS's residence.  Two calls were placed on May 6, 2019, both to Victim 1's phone number.  One call was answered and lasted 14 seconds. The second call, placed one minute later, was not answered.

Victim 1 then received multiple text messages from different telephone numbers with (508) area code numbers.  On May 6, SALAS sent text messages from a least five additional "508" numbers including:

- a text message with just a period (".")
- a text message reading "Since you answered.. you lied. You have 5 mins to call me. Or you pictures are on Instagram and I tell [Minor2] go spread the word for real.  Your call in case you blocked that other number"
- a text message reading "I'll call your dad next. Answer"
- a text message with just a period (".")
- a text message reading "You answered [Victim 1].. the lie is up. Just call me now. N I'll forgive you and will be nice" sent from telephone number 508-470-3977;

The unfamiliar "508" numbers referenced were owned by TextNow, a web based service that provides VoIP (Voice over Internet Protocol) calling and text messaging services. According to records from TextNow,  one of those numbers was registered to a user on May 6, 2019 for a period of 12 hours.  During that time, two calls were placed to Victim 1's Verizon cellphone and three calls were placed to Victim 1's ex-boyfriend.   No other calls were placed.

Victim 1 received another text message on May 6, 2019 text message reading "So you lied to me..coward way of breaking up with me. Lost our streak for no reason.  I'll be doing everything I told you I would be doing.  Have a good life."   A "streak" is a reference used on Snapchat that identifies the number of consecutive days that the individuals have communicated.  Victim 1 said that her streak with SALAS was 800 days.  That last message was sent from a "361" number she did not recognize.  It was registered to TextMe, another free application that allows users to send and receive phone calls and text messages.  TextMe records show that the May 6 text was sent using SALAS's home IP address.

When the Galaxy seized from Salas was searched, investigators found the applications TextNow and TextMe installed on the device.

Search warrants were executed at the defendant's apartment and the family home he had recently moved out of.  Investigators took photographs during the searches and were able to corroborate some of Victim 1's descriptions of his home.  Victim 1 provided investigators with a photo she had received from "Gino" that shows white male wearing a   5

light grey or white hooded sweatshirt with the hood over his head. He is holding a black mobile phone in his left hand, which blocks the lower half of his face. His face is visible from the bridge of his nose up to the lip of the hood. This photo appears to be taken using a bathroom mirror. Behind the male is a bathroom counter containing toiletries, a medicine cabinet, and another mirror.  The caption "Love You BabyGirl" appears at the bottom of the photograph.   When investigators searched the home where the defendant had recently lived with his sister, they located the bathroom depicted in that photograph.

<u>RELEVANT CONDUCT</u>

Victim 1 identified another girl who lives in Worcester County, who she knows in real life, hereinafter referred to as "Victim 2". Victim 1 and Victim 2 participated in the same Minecraft game as SALAS and had been involved in group chats using Snapchat.

Victim 2 was interviewed by a FBI forensic interview specialist.  In sum and substance, Victim 2 stated that she met SALAS through Minecraft and has had sporadic contact with him since she was approximately 12 years old. She disclosed her true age to Salas and he knew that she attended middle school.

When Victim 2 first met SALAS on Minecraft he was very secretive about his age and his name.  SALAS would repeatedly ask her to participate in video calls through Skype, but he would say his camera was broken so that Victim 2 couldn't see him.

Ultimately, SALAS told Victim 2 that he was a police officer, that he had people watching her, and that he had traveled to Massachusetts and "checked" on her.   SALAS told Victim he had friends in the area and they were watching Victim 2 go to school in the morning.  SALAS told Victim 2 he had a yellow truck and she should look out for it.  SALAS would often ask Victim 2 if she had her lights on in her bedroom, to make it appear as though someone was watching.   Victim 2 felt scared of her surroundings, even going to school and getting on the bus.

SALAS sent Victim 2 pictures of the inside his police car and a picture of a gun.  SALAS sent Victim 2 pictures of a naked woman in the bed of a pick-up truck.  SALAS said he was in law enforcement and the woman was someone he saved from drowning.

SALAS described Victim 2's home, family, and activities in a way that made her believe he was having her followed.1 SALAS told Victim that he had friends in Victim 2's town who

---

[1] Most of what SALAS knew about Victim 2 is publically available information that can be found with a Google search.  The investigation has revealed no evidence that SALAS actually traveled to Massachusetts.

6



were police officers and if she told anyone that she was talking to him they wouldn't believe her.  SALAS said he spoke to Victim 2's mother and she was "on his side."

According to Victim 2, SALAS would repeatedly ask her to "dance for me" and "send me pictures."  Victim 2 understood him to be asking for nude pictures by the tone of his request and the type of emoji he sent. Victim 2 said she had sent at least one sexually explicit photograph to SALAS.

SALAS told Victim 2 he would like her a lot more if she sent him pictures.  Victim 2 said she felt that if she did what he said, SALAS wouldn't come to her house and hurt her or her family.

SALAS told Victim 2 he wanted her Snapchat login and password.  She felt as though she had to provide the information to SALAS because he continued to tell her that he was in the Massachusetts area and that his friends in the area were "scarier" than he.

On the Galaxy, investigators found images of Victim 2 that are sexually suggestive. Victim 2 told the forensic interviewer that those were pictures she had saved to her private Snapchat account and that he logged in using her credentials and saved them to his own device.