May 21, 2020 — Newsmakers — baycitysentinel.com

# Former deputy pleads guilty to sexual exploitation, cyberstalking

**From Staff Reports**

WORCESTER, Mass. – A former Matagorda County deputy sheriff pleaded guilty Thursday, May 14, to sexually exploiting a young girl from Massachusetts he met while playing an online game, starting when she was 12 years old.

Pasquale Salas, 26, pleaded guilty via video conference in federal court in Worcester to cyberstalking and sexual exploitation of a minor, Masslive.com reported.

The former deputy met the Worcester County girl in 2014 while playing the video game Minecraft, federal prosecutors said.

During private conversations on various platforms, Salas coerced the girl into sending him hundreds of sexually explicit videos and images of herself, prosecutors said.

When she tried to end contact with Salas, he threatened to send the explicit images and videos to her friends and family and threatened to harm her sister, prosecutors said.

Salas also tracked the girl and controlled what she wore, authorities said.

The girl went to authorities last June when she was 17.

Sentencing is scheduled for Sept. 3.

Salas, 26, was arrested at the sheriff's department in Bay City, Wednesday morning, July 31, 2019.

At the time of his arrest, Salas had been a Matagorda County patrol deputy for 3 1/2 years.

"He was a great deputy," the Sheriff Skipper Osborne said.

Salas is single and lived in a Bay City apartment.

He is from Blessing, Osborne said last August.

"There was nothing in his record, no discipline reports. It was a surprise to the whole department."



#FreshKicks
#NewRoutine
#StartAdsToday

We have the best adver[tising] routine for your busin[ess]

Bay City Sentine[l]
979-323-9613